| | |
|---|---|
| United States District Court, District of Montana, Butte Montana<br><br>C. Gregg Thomas<br><br>   Plaintiffs,<br><br>v.<br><br>Gay Ann Masolo; Charles Masolo; United States of America, Department of the Interior, c/o Bureau of Land Management,<br>   Defendants.<br><br>Gregg Thomas<br>PO Box 11718<br>Bozeman, MT 59719<br>303.503.8362<br>gthomasblrf@gmail.com | ▲ COURT USE ONLY ▲<br><br>Case No.<br><br>CV22-55-BUBMM-JTJ |
| **NOTICE OF REMOVAL AND MOTION TO COMBINE CASES** ||

COMES NOW, Gregg Thomas, pursuant to 28 USC § 1441(c) and FRCP Rule 18, files his notice of removal for Montana District Court, 1st Judicial District of Broadwater County, case DV 2022-27 and motion to combine the two cases.

JURISDICTION AND VENUE

Jurisdiction is proper in this Court because the federal government is being asked to warrant easement to settle the easement issues on three parcels of land & all

parties own land in Broadwater County, Montana. Venue is proper in Butte because it is the closest court location for all litigants.

Respectfully submitted the 2nd day of August, 2022

Gregg Thomas

Gregg Thomas
PO Box 11718
Bozeman, MT 59719
303.503.8362
gthomasblrf@gmail.com

Certificate of Service

Under penalty of Perjury, the undersigned hereby states he filed a copy of this attached notice of removal on the date stated above with the Clerk of District Court of the United States, District of Montana, Butte, MT. The undersigned then mailed a accurate copy thereof to Defendants at the addresses below.

C. Gregg Thomas

Charles and Gayann Masolo
22 Buck Lane
Townsend, Montana 59644

USA, Department of the interior
c/o BLM, Butte Office
106 North Parkmont
Butte, MT 59701