| | |
|---|---|
| United States District Court, District of Montana, Butte Montana<br><br>C. Gregg Thomas<br><br>   Plaintiffs,<br><br>v.<br><br>Gay Ann Masolo; Charles Masolo; United States of America, Department of the Interior, c/o Bureau of Land Management,<br>   Defendants.<br><br>Gregg Thomas<br>PO Box 11718<br>Bozeman, MT 59719<br>303.503.8362<br>gthomasblrf@gmail.com | ▲ COURT USE ONLY ▲<br><br><br>Case No.<br><br>2:22-CV-00055-BMM-JTJ |

## NOTICE OF DISMISSAL

COMES NOW, Gregg Thomas, dismissing the above named case pursuant to FRCP Rule 41 (a)(1)(A)(i).

Respectfully submitted this 2nd day of September, 2022.

Gregg Thomas

Certificate of Service

Under penalty of Perjury, the undersigned hereby states he filed a copy of this attached notice of dismissal with the Clerk of District Court of the United States, District of Montana, Butte, MT via USPS first class postage, prepaid. The undersigned served Defendant counsel Michael Kaufman via email, as requested by the same.

C. Gregg Thomas
9/2/2022